UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: | : | |
| --- | --- | --- |
| David Edenbaum | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 17-18428-ABA |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY MATTER

1. The instant Chapter 13 Bankruptcy Matter was filed on or about April 26, 2017.

2. The instant case was assigned case number 17-18428-ABA.

3. The Chapter 13 Plan was not confirmed by this Honorable Court.

4. The Debtor is desirous of voluntary dismissing the instant Chapter 13 Bankruptcy matter under 11 U.S.C. Section 1307(b)

5. The Debtor is aware that she will be precluded from a subsequent bankruptcy filing for 180 days from the date an Order granting Voluntary Dismissal is signed.

6. There are no pending Motions for Relief from the Automatic Stay or other Motions for Dismissal pending at the time of the filing the instant Motion.

Dated: July 26, 2017

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107